**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MELISSA NOVAK, individually and on behalf of others similarly situated,<br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL ANZALONE-STORCHEVOY and DOES 1-10,<br>　　　　Defendants. | Case No. 1:21-cv-04102<br><br>Hon. Judge Joan H. Lefkow<br>Hon. Mag. Judge M. David Weisman<br><br>**Jury Trial Demanded** |

**DISMISSAL *WITHOUT* PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action <u>without prejudice</u>. The opposing party has not served an answer or motion for summary judgment.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*Alexander H. Burke*

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
909 Davis St., Suite 500
Evanston, IL 60201
Telephone: (312) 729-5288
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

*Counsel for Plaintiff*